IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

FRANK KIEFER,

        Plaintiff,

v.

CRANE CO., et al.,

        Defendant.

------------------------------------------------------X

Civil Action No. 12-7613-TPG

**STIPULATION OF DISMISSAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 12, 2013
```

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff WEITZ & LUXENBERG and Defendant Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company, Edward Valves, Inc., Nordstrom Valves, Inc., Edward Vogt Valve Company, and Vogt Valve Company ("Flowserve US") in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is discontinued without prejudice as to Flowserve US, and that all claims and cross-claims by co-defendants and third-party defendants are hereby dismissed; without costs to any party as against the other. The stipulation may be filed without further notice with the Clerk of the Court

Dated: March 11, 2013

_____
David Chandler, Esq.
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York
Attorneys for Plaintiff

_____
Joseph LaSala, Esq.
McELROY DEUTSCH MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Ave. PO Box 3075
Morristown, NJ 07962
Attorneys for Defendant

SO ORDERED _____
THOMAS P. GRIESA, U.S.D.J.

4/12/13

1923325-1