```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK L. KIEFER & MYRTLE KIEFER,

          Plaintiffs,

          -v-

CRANE CO, et al.,

          Defendants.
------------------------------------------------------------X

12 Civ. 7613 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On February 3, 2014, a telephonic conference was held in the above-referenced matter.

For the reasons set forth on the record, the Court hereby GRANTS the motions for summary judgment filed by defendants Cleaver Brooks Company, Inc. (ECF No. 222) and Crane Co. (ECF No. 227.)

The Court FURTHER GRANTS the motion to quash the trial subpoena of John Tornetta (ECF No. 251) and plaintiffs' motion to amend the Complaint. (ECF No. 254.)

The Clerk of Court is hereby ORDERED to terminate the motions located at ECF Nos. 222, 227, 251, and 254.

SO ORDERED.

Dated: New York, New York
       February 3, 2014

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge